| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LI DONG YU, | ) | No. C 05-5250 EMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND TIME** |
| | ) | **WITHIN WHICH THE DEFENDANTS** |
| MICHAEL CHERTOFF, Secretary of the | ) | **MUST FILE AN ANSWER; AND** |
| Department of Homeland Security; | ) | **[PROPOSED] ORDER** |
| ROBERT DIVINE, Acting Director of | ) | |
| United States Citizenship and Immigration | ) | |
| Services; DAVID STILL, San Francisco | ) | |
| District Director, U.S. Citizenship and | ) | |
| Immigration Services; and ROBERT S. | ) | |
| MUELLER, Director of the Federal | ) | |
| Bureau of Investigation, | ) | |
| Defendants. | ) | |

Plaintiff, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve an answer to the complaint in the above-entitled action. The defendants will file and serve their answer on or before March 23, 2006.

Stipulation to Extend Deadline for Answer; and [Proposed] Order
C 05-5250 EMC                                    1

| | | |
|---|---|---|
| 1 | Date: February 16, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: February 16, 2006          _____/s/_____
                                 JAMES POOLEY
                                 ANUPAM SHARMA
                                 DIANA LUO
                                 MILBANK, TWEED, HADLEY & McCLOY LLP
                                 Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    February 21, 2006        /s/ Edward M. Chen
                                 _____
                                 EDWARD M. CHEN
                                 United States Magistrate Judge

Stipulation to Extend Deadline for Answer; and [Proposed] Order
C 05-5250 EMC                                          2