JAMES POOLEY, ESQ. (SBN 058041)
DIANA LUO, ESQ. (SBN 233712)
Pooley & Oliver LLP
5 Palo Alto Square, 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
Telephone: (650) 739-7000
Facsimile: (650) 739-7100
jpooley@pooleyoliver.com; dluo@pooleyoliver.com

JOREN LYONS, ESQ. (SBN 203403)
Asian Law Caucus
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701, ext. 122
Facsimile: (415) 896-1702
joren@asianlawcaucus.org

Attorneys for Plaintiff
LI DONG YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI DONG YU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ROBERT DIVINE, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DAVID STILL, SAN FRANCISCO DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT S. MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendants. | Case No. C05-5250 EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: Edward M. Chen |

Li Dong Yu, Plaintiff, hereby requests the Court approve the substitution of Pooley & Oliver, LLP as attorney of record in place of Milbank, Tweed, Hadley & McCloy LLP.

Respectfully submitted,

Dated: February 17, 2005

LI DONG YU

By _Li Dong Yu_
Plaintiff

Dated: February __, 2005

MILBANK, TWEED, HADLEY & McCLOY LLP

By _____
Present Attorney for Plaintiff

Dated: February __, 2005

POOLEY & OLIVER LLP

By _____
New Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Plaintiff's request of substitution of counsel is GRANTED.

Dated: February __, 2005

By _____
Honorable Edward M. Chen
United States Magistrate Judge

Li Dong Yu, Plaintiff, hereby requests the Court approve the substitution of Pooley & Oliver, LLP as attorney of record in place of Milbank, Tweed, Hadley & McCloy LLP.

Respectfully submitted,

Dated: February __, 2005        LI DONG YU

By _____
   Plaintiff

Dated: February 16, 2005        MILBANK, TWEED, HADLEY & McCLOY LLP

By _____
   Present Attorney for Plaintiff

Dated: February 16, 2005        POOLEY & OLIVER LLP

By _____
   New Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Plaintiff's request of substitution of counsel is GRANTED.

Dated: February 28, 2005        By _____/s/ Edward M. Chen_____
                                   Honorable Edward M. Chen
                                   United States Magistrate Judge

-2-

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C05-5250 EMC