1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   LI DONG YU,                           )    No. C 05-5250-EMC
13                                       )
              Plaintiff,                 )
14                                       )
           v.                            )    **STIPULATION TO DISMISS; AND**
15                                       )    **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the    )
16 Department of Homeland Security;      )
   ROBERT DIVINE, Acting Director of     )
17 United States Citizenship and Immigration )
   Services; DAVID STILL, San Francisco  )
18 District Director, U.S. Citizenship and )
   Immigration Services; and ROBERT S.   )
19 MUELLER, Director of the Federal      )
   Bureau of Investigation,              )
20                                       )
              Defendants.                )
21 _____)

22     Plaintiff, by and through their attorneys of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action in light of the fact that the United States Citizenship and Immigration

25 Services will adjudicate the plaintiff's application for naturalization within 30 days of the

26 dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28

STIPULATION TO DISMISS AND PROPOSED ORDER
C 05-5250-EMC                              1

| | |
|---|---|
| Date: March 1, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN |
| | United States Attorney |
| | |
| | /s/ |
| | EDWARD A. OLSEN[1] |
| | Assistant United States Attorney |
| | Attorneys for Defendants |
| | |
| Date: March 1, 2006 | /s/ |
| | JAMES POOLEY |
| | DIANA LUO |
| | Pooley & Oliver LLP |
| | Attorneys for Plaintiff |
| | |
| Date: March 1, 2006 | /s/ |
| | JOREN LYONS |
| | Asian Law Caucus |
| | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 9, 2006        _____
                            EDWARD M.
                            United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[1] I, Edward A. Olsen, attest that Attorneys Diana Luo and Joren Lyons, and I, have signed this stipulation to dismiss and will provide the original signed copies upon request.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 05-5250-EMC                              2